IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:     DAVID STANLEY SMITH,                          Case No.: 4:19-bk-14454 B
             Debtor                                                                                                     Chapter 13

**TRUSTEE'S MOTION TO DISMISS**

Joyce Bradley Babin, Chapter 13 Standing Trustee, for her Motion to Dismiss, states:

1. An Order was entered on January 27, 2020 requiring the debtor to file a modification to the plan within 21 days.

2. A modified plan has not been filed, and the Debtor has not requested an extension of time within which to make such modification.

WHEREFORE, the Trustee prays for an order dismissing this case, and for all other just, proper, and equitable relief.

                                                                /s/ Joyce Bradley Babin
                                                                Joyce Bradley Babin
                                                             Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on February 27, 2020.

                                                                /s/ Joyce Bradley Babin
                                                                Joyce Bradley Babin

David Stanley Smith
5709 North Hills Blvd
North Little Rock, AR  72116

tr / 187