```
                         United States Bankruptcy Court
                          Eastern District of Arkansas
In re:                                                       Case No. 19-14454-btb
David Stanley Smith                                          Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0860-4          User: tanya              Page 1 of 1          Date Rcvd: Sep 21, 2020
                              Form ID: pdf03Ac         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
db             +David Stanley Smith,    5709 Northhills Blvd,    North Little Rock, AR 72116-6417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2020 at the address(es) listed below:
              John   Ogles    on behalf of Creditor William   Burris jogles@aol.com
              John   Ogles    on behalf of Creditor Wayne   English jogles@aol.com
              Joyce Bradley Babin    ecfmail@13ark.com
              Lonnie   Grimes    on behalf of Debtor David Stanley Smith lonniegrimeslaw@gmail.com,
               pennyhawkins2016@gmail.com
              Renee Goodman Kammer    on behalf of Creditor   U.S. Bank, National Association
               rkammer@mlg-defaultlaw.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usd
               oj.gov;Kent.H.Johnson@usdoj.gov
                                                                                               TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

IN RE:     DAVID STANLEY SMITH              CASE NO: 4:19-bk-14454 B
                        Debtor                                                                        CHAPTER 13

**ORDER REGARDING**
**OBJECTIONS TO CONFIRMATION OF PLAN**

Before the Court are the Objection to Confirmation of Plan as Amended Pre-Confirmation on March 18, 2020 (Docket No. 78) filed by Joyce Bradley Babin, Chapter 13 Standing Trustee ("Trustee") and the Objection to Confirmation of Plan filed March 18, 2020 (Docket No. 72) filed by Wayne English and William Burris ("English/Burris") in the case of the Debtor, David Stanley Smith. The Objections were heard by video conference on August 27, 2020. At the time of the hearing, the Debtor and his counsel, Lonnie Grimes, the Trustee and Brad Chafin, attorney, and Wayne English and English/Burris's counsel, John Ogles, appeared. At the conclusion of the hearing, the Court took the matters under advisement, and on September 11, 2020, after considering the pleadings, exhibits, testimony, credibility of the witnesses, statements and arguments and independent research, issued an oral ruling. In its ruling the Court stated findings of ~~of~~ fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 which are incorporated by reference into this Order. Based on those findings, the Court concludes:

1.      The Trustee's Objection to Confirmation of Plan as Modified Preconfirmation of March 18, 2020 (Docket No. 78) is sustained. The Court specifically finds that the value of the Debtor's residential property is not less than the Pulaski County assessed value of $218,300. The Debtor is granted 21 days from the date of this Order to modify his plan consistent with the Court's findings.

2. English/Burris's Objection to Confirmation of Plan filed March 18, 2020 is denied.

**IT IS SO ORDERED.**

_____
Ben Barry
United States Bankruptcy Judge
Dated: 09/21/2020

Approved:

 /s/ Lonnie Grimes
Lonnie Grimes, Attorney for David Stanley Smith, Debtor
Knollmeyer Law Firm, P.A.
2525 John Harden Dr.
Jacksonville, AR 72076


 /s/ John Ogles
John Ogles, Attorney for English/Burris
Ogles Law Firm, P.A.
P.O. Box 891
Jacksonville, AR 72078


 /s/ Joyce Bradley Babin
Joyce Bradley Babin. Chapter 13 Trustee
P.O. Box 8064
Little Rock, AR 72203